In the Matter of the Estate of IDA C. POTTS, Deceased.

STEPHEN F. AVERY, as Executor and Trustee, Appellant; ALFRED B. CHACE et al., Doing Business under the Name of CHACE BROTHERS et al., Respondents.

*Appeal — motion to dismiss appeal from order refusing to resettle order granted.*

*Matter of Potts*, 213 App. Div. 59, appeal dismissed.

(Argued October 5, 1925; decided October 13, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 30, 1925, denying a motion to correct and amend a prior order and attempting to bring up for review two orders of the Columbia County Surrogate's Court.

*John L. Crandell* for motion.

*Daniel V. McNamee* opposed.

Motion to dismiss appeal from order of Appellate Division refusing to resettle its order granted, with costs. The two interlocutory orders of the surrogate are not before us on this appeal.